UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| NESTOR A. PEINADO-RODRIGUEZ,<br><br>    Plaintiff,<br><br> v.<br><br>BUENO, et al.,<br><br>    Defendants. | ) CV 14-08025-JLS (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

 Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

 IT IS ADJUDGED that Plaintiff's Complaint is dismissed without leave to amend.

DATED: May 20, 2015

               _____
               JOSEPHINE L. STATON
               UNITED STATES DISTRICT JUDGE